TO: COURT OF CRIMINAL APPEALS
ABEL ACOSTA "CLERK"

P.O. Box 12308 Capitol Station
Austin Texas 78711

Date
June -1-2015

83,341-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

FROM: CONCERY Richardson
#1838461
Cobbield unit
2661 Fm 2054
Tennessee Colony Texas 75884

TO: THe Court of Criminal Appeal
Clerk office

This Letter is in Regarding my Application for
A writ of Habeas Corpus I filed in April-20 2015
in Cass County Texas I would like to know
have yall Receive any paper work from The 5th
DISTRICT COURT IN Cass County Texas Cause
Number 2012-F-00139 I am on a Time Limit
for filing
I would like to Thank you for this matter
and please Contact me Back soon

Thank yall Concory
Richardson